**Order filed February 2, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-01034-CV**

———————

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**WALLACE L. MEEKS, JAMES M. GRAHAM, JR. AND TOMMY C. THOMPSON,
Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2011-33406**

# O R D E R

Appellant's brief was due January 16, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 2, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM